IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-00341-CNS-KLM

BRIANA THOMAS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

___

ORDER ADOPTING MAGISTRATE JUDGE RECOMMENDATION

___

    This matter comes before the Court on Magistrate Judge Mix's recommendation (ECF No. 28) that Defendant's Motion to Dismiss (ECF No. 8) be denied. As set forth below, the Court affirms and adopts the recommendation.

    Defendant's Motion to Dismiss (ECF No. 8) asserted that Plaintiff's Complaint (ECF No. 3) should be dismissed because it violated Fed.R.Civ.P 8(a)(2). After thoroughly analyzing the issue in accordance with the applicable legal standards, Magistrate Judge Mix concluded that Plaintiff's Complaint did not violate the requirements of Rule 8 and recommended that Defendant's Motion to Dismiss be denied (ECF No. 28). Neither party objected to the Recommendation of the Magistrate Judge.

    28 U.S.C. § 636(b)(1)(B) allows this Court to designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. Upon receiving a recommendation, the Court must review *de novo* any part of the magistrate judge's recommended disposition to which an objection has been filed. Fed.R.Civ.P. 72(b)(3). In the absence of a timely objection, however, "the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th

Cir. 1991). Magistrate Judge Mix's Recommendation is well-reasoned and thoroughly researched, and the Court finds no clear error to set it aside. Therefore, the Court AFFIRMS Magistrate Judge Mix's Recommendation (ECF No. 28) and ADOPTS the Recommendation as an order of this Court. Defendant's Motion to Dismiss (ECF No. 8) is DENIED.

DATED this 12th day of August, 2022.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge

2