IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-00341-CNS-KLM | Date: | June 29, 2030 |
|---|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| BRIANA THOMAS<br>**Plaintiff** | *William Lapham II* |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>**Defendant** | *Muliah Khan* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  11:01 a.m.

Appearance of counsel.

Argument as to [42] Defendant's Motion for Summary Judgment given by Ms. Khan and Mr. Lapham with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [42] Defendant's Motion for Summary Judgment is DENIED.**

Court in Recess:  11:40 a.m.          Hearing concluded.          Total time in Court:  00:39